UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| ZACHERY SHEPHERD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FLOYD COUNTY, KENTUCKY, et al., ) <br> ) <br> Defendants. ) | Civil No. 15-54-ART <br><br> **JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Order entered on this date, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) The defendants' motion for summary judgment, R. 30, is **GRANTED**.

(2) Judgment is entered in favor of the defendants with respect to all issues raised in this proceeding.

(3) This action is **DISMISSED** and **STRICKEN** from the Court's docket.

(4) This is a **FINAL** and **APPEALABLE** judgment and there is no just cause for delay.

This the 1st day of June, 2016.



Signed By:
Amul R. Thapar  AT
United States District Judge